USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/9/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORDA

                Plaintiff,

           -against-

DETOMASO AUTOMOBILI HOLDINGS
N.A. LLC, et al.,

               Defendants.

23-cv-09809(ALC)

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

    The Court will hold a telephonic conference in this action on **November 16, 2023 at 12:00 PM Eastern Time**. All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660).**

SO ORDERED.

Dated:   November 9, 2023
           New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**