```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/16/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORDA,

           **Plaintiff,**

           -against-

DETOMASO AUTOMOBILI HOLDINGS N.A. LLC et al.,

           **Defendants.**

23-cv-09809 (ALC)

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

In follow-up from the Conference:

- **November 28, 2023:** The Parties are hereby **ORDERED** to file a joint status report to the Court providing an update on the action and presenting a proposed schedule for the filing of an amended complaint and/or a proposed briefing schedule for an anticipated Motion to Dismiss.

**SO ORDERED.**

Dated: November 16, 2023
       New York, New York

                                          ANDREW L. CARTER, JR.
                                          United States District Judge