USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/22/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **CARMEN JORDA**<br><br>　　　　　　　　**Plaintiff,**<br><br>-against-<br><br>**DETOMASO AUTOMOBILI HOLDINGS N.A. LLC, ET AL**<br><br>　　　　　　　　**Defendant.** | **23-CV-09809**<br><br>**AMENDED ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Defendants' email regarding a scheduling conflict. The Court amends its prior order in ECF No. 83: the Parties are **ORDERED** to appear at a telephonic conference on **Tuesday, December 17, 2024 at 4:00 p.m.** The Parties shall contact the Court at 1-855-244-8681 (access code: 2319 454 5869#). The Parties are advised the Court is replacing its teleconference system and the dial-in information in this order is current and supersedes dial-in information included in previous orders.

**SO ORDERED.**
**Dated:　November 22, 2024**
**　　　　　New York, New York**

　　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**