USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/17/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **CARMEN JORDA**<br><br>　　　　　　　　　**Plaintiff,**<br><br>-against-<br><br>**DETOMASO AUTOMOBILI HOLDINGS N.A. LLC, ET AL**<br><br>　　　　　　　　　**Defendant.** | **23-CV-09809**<br><br>**<u>AMENDED ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

In follow-up from the December 17, 2024 conference, the Parties are **ORDERED** to submit to the court a Joint Status Report summarizing the state of settlement discussions between the parties on or before January 15, 2025.

**SO ORDERED.**
**Dated:　December 17, 2024**
**　　　　　New York, New York**

　　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**