UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARMEN JORDA<br><br>                       **Plaintiff,**<br><br>          -against-<br><br>DETOMASO AUTOMOBILI HOLDINGS N.A. LLC, ET AL<br><br>                       **Defendant.** | 23-CV-09809<br><br>**AMENDED ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court adjourns its conference previously scheduled for April 22, 2025 at 12:00 p.m. (ECF No. 90) and **ORDERS** the Parties to appear at a telephonic status conference on **Friday, May 2, 2025 at 1:00 p.m.** The Parties shall contact the Court at 1-855-244-8681 (access code: 2305 370 0226#). The Parties should be prepared to discuss the pendant motion to dismiss in this case as well as the status of settlement discussions, if any, between the parties.

**SO ORDERED.**
**Dated:**    April 22, 2025
              New York, New York

                                                           **ANDREW L. CARTER, JR.**
                                                            **United States District Judge**