UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARMEN JORDA, <br><br> Plaintiff, <br><br> -against- <br><br> DETOMASO AUTOMOBILI HOLDIGS, N.A. ET AL., <br><br> Defendants. | 23-cv-09809 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, United States District Judge:**

In follow-up from the Court's conference held on May 2, 2025, the Court **GRANTS** Defendants Choi and DeTomaso's motion to dismiss the case (ECF No. 56) without prejudice. The Court further grants the Parties the opportunity to engage in limited jurisdictional discovery to determine whether the Court has proper jurisdiction over Defendants De Tomaso and Choi.

The Court **ORDERS** the Parties to confer about the scope of any limited discovery that will help address the jurisdictional issues in this case and to submit a joint status report on May 23, 2025 outlining a proposed joint discovery plan. The joint status report should also describe the status of settlement discussions.

**SO ORDERED.**

**Dated: May 2, 2025**
**New York, New York**

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**