UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARMEN JORDA<br><br>       **Plaintiff,**<br><br>-against-<br><br>DETOMASO AUTOMOBILI HOLDINGS N.A. LLC, ET AL<br><br>       **Defendant.** | 23-CV-09809<br><br><u>ORDER</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court, having considered the Parties' positions as to the scope of limited jurisdictional discovery in this case, hereby **ORDERS** the Parties to engage in limited discovery as follows:

- 25 Interrogatories per Defendant (50 total);
- 25 Requests for Admissions per Defendant (50 total);
- All documents showing the extent of De Tomaso's corporate activities, dealings, or presence in New York;
- All documents showing the extent of Choi's presence, business, or dealings in New York; and
- All documents showing the extent of Defendants' presence, transactions, and dealings in New York that directly related to the agreement alleged in this case.

Discovery shall be completed by October 9, 2025. The Parties shall file a joint status letter by October 14, 2025 advising the Court as to the status of the case, including the status of settlement discussions, if any.

**SO ORDERED.**
**Dated: July 9, 2025**
    **New York, New York**

                     **ANDREW L. CARTER, JR.**
                      **United States District Judge**