# EXHIBIT G

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
RYAN BERRIS,

        Plaintiff,

                      Case No.:
  -against-        1:23-cv-04305(AS)
SUNG-FUNG CHOI (a/k/a NORMAN CHOI),
DE TOMASO AUTOMOBILI HOLDINGS N.A. LLC,
HIN WENG LUI (a/k/a SAMUEL LUI),
GENESIS UNICORN CAPITAL CORP.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - x

        Videotaped deposition of NORMAN CHOI, taken pursuant to notice, was held at the law offices of BOIES SCHILLER & FLEXNER LLP, 55 Hudson Yards, New York, New York, commencing September 16, 2024, 10:11 a.m., on the above date, before Leslie Fagin, a Court Reporter and Notary Public in the State of New York.

              - - -

MAGNA LEGAL SERVICES - (866) 624-6221
www.MagnaLS.com



```
 1
 2   APPEARANCES:
 3
     BOIES SCHILLER & FLEXNER LLP
 4   Attorneys for Plaintiff
             55 Hudson Yards
 5           New York, New York 10001
     BY:     JOHN ZACH, ESQUIRE
 6           KELLY WALDO, ESQUIRE
             DAVID SIMONS, ESQUIRE
 7
 8   SHEPPARD MULLIN RICHTER & HAMPTON LLP
     Attorneys for Defendants
 9           2099 Pennsylvania Avenue, NW
             Suite 100
10           Washington, D.C. 20006-6801
     BY:     PAUL A. WERNER, ESQUIRE
11           ALEXANDRA BUSTAMANTE, ESQUIRE
             HANNAH WIGGER, ESQUIRE
12
13   ALSO PRESENT:
14   DIANA MAJCHER, De Tomaso
15   RYAN BERRIS
16   JEREMY KOVACS, Videographer
        Magna Legal Services
17
18
19
20
21
22
23
24
25
```



```
 1
 2            THE VIDEOGRAPHER:  Good morning.
 3     We are now on the record.
 4            This begins videotape No. 1 in the
 5     deposition of Norman Choi in the matter
 6     of Ryan Berris versus Sung-Fung Choi, et
 7     al.
 8            Today is Monday, September 16, 2024
 9     and the time is 10:11 a.m.
10            This deposition is being taken at
11     Boies Schiller Flexner LLP, 55 Hudson
12     Yards, New York, New York 1001 at the
13     request of Boies Schiller Flexner LLP.
14            The videographer is Jeremy Kovacs
15     of Magna Legal Services and the court
16     reporter is Leslie Fagin of Magna Legal
17     Services.
18            Will counsel and all party present
19     state their appearances including who
20     they represent?
21            MR. ZACH:  Starting with the
22     noticing party, John Zach, Kelly Waldo,
23     David Simons for the plaintiff, Ryan
24     Berris, and Mr. Berris is also here.
25            MR. WERNER:  Paul Werner, Sheppard
```



```
                                                        Page 4
 1                    N. Choi
 2       Mullin for the defendants with Hannah
 3       Wigger, Alex Bustamante and the client
 4       representative, Diana Majcher.
 5   N O R M A N   C H O I,  called as a
 6       witness, having been duly sworn by a
 7       Notary Public, was examined and testified
 8       as follows:
 9   EXAMINATION BY
10   MR. ZACH:
11       Q.    Good morning, Mr. Choi.
12       A.    Good morning.
13       Q.    Have you ever been deposed before?
14       A.    No.
15       Q.    You attended Mr. Berris'
16   deposition, right?
17       A.    Correct.
18       Q.    So the same rules apply.  If you
19   want a break, want a water, just let me know,
20   okay?
21             So what's your current address?
22       A.    I am a resident of Hong Kong.
23       Q.    What is your address in Hong Kong?
24       A.    35A Phase 2, Tower 1.
25       Q.    Where did you grow up?
```



Page 123

```
 1                    N. Choi
 2   the expenses.
 3              Can you look down at the fourth
 4   from the bottom, Edith Chan Yang, 10,000 U.S.
 5   dollars.
 6              Do you see that?
 7        A.    Uh-huh.
 8        Q.    That's a payment to a real estate
 9   broker?
10        A.    Yes.
11        Q.    Edith Chan Yang is the real estate
12   broker who assisted you in purchasing your
13   home here in Hudson Yards, right, sir?
14              MR. WERNER:    Object to the form.
15        A.    Yes.
16        Q.    What is your address here?
17              MR. WERNER:    Object to the form.
18        A.    35 Hudson Yards.
19        Q.    How much did you pay for that
20   apartment?
21        A.    Approximate 9.2 million.
22        Q.    You still reside there from time to
23   time?
24        A.    From time to time.
25        Q.    Are so this is a payment to real
```



Page 357

```
 1                  N. Choi
 2   she go to school?
 3          MR. WERNER:  Object to the form.
 4          What relevance does this have?
 5      This has no relevance.
 6          MR. ZACH:  Where he lives, it has
 7      relevance.
 8          MR. WERNER:  No it doesn't.  If you
 9      want to talk about his family, we will
10      take a break and have a conversation.
11      If you want to ask him about where he
12      lives, ask him a question.
13          MR. ZACH:  Paul, you subpoenaed Mr.
14      Berris' sister.
15          MR. WERNER:  She was involved and
16      working in the company.  You want
17      information where his daughter --
18      Q.   Does your daughter attend school in
19   the United States or some other location?
20      A.   Regular school online.
21      Q.   Does your family principally reside
22   in the United States or someplace else?
23      A.   Principally Hong Kong.  All our
24   family is in Hong Kong and Indonesia.
25      Q.   As we sit here today, it's the
```



1                   N. Choi
2     school year, is your family in New York or in
3     Hong Kong?
4          A.    Currently now, here.
5          Q.    How long do you expect to stay here
6     for?
7                MR. WERNER:  Object to the form.
8          A.    You mean for future?
9          Q.    Do you have a plane ticket to go
10    back to Hong Kong?
11         A.    Hong Kong is always home.
12         Q.    Do you have plans right now to --
13    do you have prepaid tickets to go back to
14    Hong Kong right now?
15               MR. WERNER:  Object to the form.
16         A.    This is a topic that you want to
17    know my personal plan, where I want to be?
18         Q.    I'm trying to figure out the times
19    that, as you know from court, like one of the
20    issues is, like what days you are in New York
21    and what days you are not.
22         A.    If it requires me to be here, then
23    I be here.
24         Q.    That was not what I was asking.
25               Let me show you a document that I



```
 1
 2                      CERTIFICATE
 3
              I HEREBY CERTIFY that the witness,
 4     NORMAN CHOI, was duly sworn by me and that
       the deposition is a true record of the
 5     testimony given by the witness.
 6         _Leslie Fagin_____
           Leslie Fagin,
 7         Registered Professional Reporter
           Dated: September 16, 2024
 8
 9
10
              (The foregoing certification of
11     this transcript does not apply to any
       reproduction of the same by any means, unless
12     under the direct control and/or supervision
       of the certifying reporter.)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

