# EXHIBIT H

**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, D.C. 20006-6801
202.747.1900 main
202.747.1901 fax
www.sheppardmullin.com

April 11, 2024

*VIA FEDEX AND E-MAIL*

Christopher Frost, Esq.
FROST LLP 10960 Wilshire Blvd., Suite 1260
Los Angeles, CA 90024
Email: chris@frostllp.com

Re:   **Notice to Carmen Jorda to Cease and Desist Infringement of De Tomaso Marks, Trade Name, and Branding**

Mr. Frost:

We write on behalf of De Tomaso Automobili Holdings, N.A. LLC ("De Tomaso") regarding Carmen Jorda's continuing unauthorized use of De Tomaso Company marks, trade name, and branding in connection with her own self-promotion, particularly through her active online presence. We demand her immediately to cease and desist from doing so, in any form, and take action to correct her ongoing infringement.

While Ms. Jorda worked with De Tomaso on discrete marketing campaigns for a limited time, she had and has no right to use De Tomaso's marks and trade name, or publish any De Tomaso marketing content, for her own self-promotion or any other uses. Nevertheless, she has and continues to do so. For example, Ms. Jorda currently advertises and holds herself out as being a part of the De Tomaso brand in her Instagram profile picture, in which she is seen displaying a De Tomaso Shield Emblem. *See* Exhibit ("Ex") 1. She also has multiple other Instagram posts that include De Tomaso's mark and marketing content. Exs. 2 & 3.

Ms. Jorda's activity is directly infringing on and harming De Tomaso by, among other things, implying she represents the brand (she does not), and causing confusion about her affiliation with De Tomaso (which is nonexistent). Ex. 4. N.Y. Gen. Bus. Law § 360-K and N.Y. Gen. Bus. Law § 360-L. Accordingly, we demand that Ms. Jorda immediately cease and desist from using or otherwise referencing in any way De Tomaso's name, its products, and any of its marks. Ms. Jorda must also immediately delete any and all such posts and any other such content on other platforms or media.

Please confirm by April 17th that Ms. Jorda will comply with the above demands.

Nothing in this letter is intended to waive any (but is instead intended to preserve all) legal, equitable, and/ or contractual rights and remedies De Tomaso has against Ms. Jorda and any other third-party in connection with this matter.

**Sheppard**Mullin

Ms. Carmen Jorda
April 11, 2024
Page 2

Best regards,

*[signature]*

Paul Werner
Imad Matini
Hannah Wigger
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP