# EXHIBIT I

| | |
|---|---|
| **From:** | Hannah Wigger |
| **To:** | Lawrence Liu; Paul Werner; Imad Matini; Alexandra Bustamante |
| **Cc:** | John Maatta; Chris Frost; Kevin Salmassy; Jesse Frankel |
| **Subject:** | RE: Jorda v. De Tomaso - Joint Status Report |
| **Date:** | Tuesday, October 14, 2025 2:01:16 PM |

You don't often get email from hwigger@sheppardmullin.com. Learn why this is important

[EXTERNAL E-MAIL]

Lawrence,

You are not "address[ing] jurisdictional discovery"; you are requesting the Court to reconsider a motion to dismiss and grant other legal relief.  We maintain our objection.

**Hannah Wigger** | Associate
+1 202-747-2673 | direct
HWigger@sheppardmullin.com | Bio

**Sheppard**Mullin
2099 Pennsylvania Avenue, NW, Suite 100
Washington,  DC 20006-6801
+1 202-747-1900 | main
www.sheppardmullin.com | LinkedIn

**From:** Lawrence Liu <lawrence@frostllp.com>
**Sent:** Tuesday, October 14, 2025 4:51 PM
**To:** Hannah Wigger <HWigger@sheppardmullin.com>; Paul Werner <PWerner@sheppardmullin.com>; Imad Matini <IMatini@sheppardmullin.com>; Alexandra Bustamante <abustamante@sheppardmullin.com>
**Cc:** John Maatta <John@frostllp.com>; Chris Frost <Chris@frostllp.com>; Kevin Salmassy <Kevin1@frostllp.com>; Jesse Frankel <jfrankel@frostllp.com>
**Subject:** RE: Jorda v. De Tomaso - Joint Status Report

Hannah,

The Court requested a status report following the parties' jurisdictional discovery. It would not make sense if that status report did not address the jurisdictional discovery that was the primary subject of the same order. What other status would the Court be referring to?

If Defendants refuse to join in the status report because they believe it "plainly improper" for Plaintiff to discuss the newly discovered jurisdictional evidence, then Plaintiff will proceed with filing her own report separately.

Regards,

Lawrence



Lawrence J.H. Liu
Counsel
Email: lawrence@frostllp.com
Phone: (917) 837-5395
10960 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise be exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

**From:** Hannah Wigger <HWigger@sheppardmullin.com>
**Sent:** Tuesday, October 14, 2025 12:25 PM
**To:** Lawrence Liu <lawrence@frostllp.com>; Paul Werner <PWerner@sheppardmullin.com>; Imad Matini <IMatini@sheppardmullin.com>; Alexandra Bustamante <abustamante@sheppardmullin.com>
**Cc:** John Maatta <John@frostllp.com>; Chris Frost <Chris@frostllp.com>; Kevin Salmassy <Kevin1@frostllp.com>; Jesse Frankel <jfrankel@frostllp.com>
**Subject:** RE: Jorda v. De Tomaso - Joint Status Report

[External E-mail]

Lawrence,

This is not a status report. It's a brief requesting additional relief – including, apparently, reconsideration – on a complaint that has been dismissed. This is plainly improper, not what the Court ordered, and not something we will be joining. If you would like to join a status report simply stating the status of the case and settlement discussions, please let us know. Otherwise, we object to this filing and will file a separate status report.

Thanks,

**Hannah Wigger** | Associate
+1 202-747-2673 | direct
HWigger@sheppardmullin.com | Bio

## SheppardMullin

2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006-6801
+1 202-747-1900 | main
www.sheppardmullin.com | LinkedIn

---

**From:** Lawrence Liu <lawrence@frostllp.com>
**Sent:** Monday, October 13, 2025 4:51 PM
**To:** Hannah Wigger <HWigger@sheppardmullin.com>; Paul Werner <PWerner@sheppardmullin.com>; Imad Matini <IMatini@sheppardmullin.com>; Alexandra Bustamante <abustamante@sheppardmullin.com>
**Cc:** John Maatta <John@frostllp.com>; Chris Frost <Chris@frostllp.com>; Kevin Salmassy <Kevin1@frostllp.com>; Jesse Frankel <jfrankel@frostllp.com>
**Subject:** Jorda v. De Tomaso - Joint Status Report

Counsel,

As you are aware, the parties are required to submit a Joint Status Report by tomorrow per the Court's Order dated July 9, 2025 (ECF No. 98).

Attached is Plaintiff's portion of the Joint Report. Please append Defendants' portion and return to us by the end of the day tomorrow so that we may file.

We reserve the right to make further changes to Plaintiff's section before filing.

Thank you.

Regards,
Lawrence



Lawrence J.H. Liu
Counsel
Email: lawrence@frostllp.com
Phone: (917) 837-5395
10960 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise be exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.