UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARMEN JORDA<br><br>      **Plaintiff,**<br><br>-against-<br><br>DETOMASO AUTOMOBILI HOLDINGS N.A. LLC, ET AL<br><br>      **Defendant.** | 23-CV-09809 (ALC)<br><br><u>ORDER</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court orders both Parties to appear for an in-person conference to determine how to proceed given the issues raised during the jurisdictional discovery process and to discuss settlement negotiations so far. The Parties shall appear on **Thursday, November 6, 2025 at 12:00 p.m. in Courtroom 444** at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

**SO ORDERED.**
Dated: October 21, 2025
New York, New York

                      _/s/ Andrew L. Carter, Jr._
                      **ANDREW L. CARTER, JR.**
                      **United States District Judge**