UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JORDA,

         Plaintiff, : 1:23-cv-9809 (ALC)

   -against-       : **ORDER**

DE TOMASO AUTOMOBILI

HOLDINGS N.A. LLC ET AL Defendants. :

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

  On October 23, 2025 this Court received a letter via email from Defendants. On October 28, 2025, this Court received a letter via email from Plaintiff. The Parties are reminded that all correspondence with the Court must be filed on the Docket. The Parties are ordered to file a joint letter by October 30, 2025.

**SO ORDERED. Dated:**

October 28, 2025

  New York, New York          **ANDREW L. CARTER, JR.**
                      **United States District Judge**