UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARMEN JORDA,<br><br>    Plaintiff,<br><br>-against-<br><br>DETOMASO AUTOMOBILI HOLDIGS, N.A. ET. AL.,<br><br>    Defendants. | 23-cv-09809(ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, United States District Judge:**

The Court ORDERS the Parties to file a joint status report by November 20, 2025 with an update on whether an agreement has been reached with respect to procedures for mediation, and, if so, what those procedures are and how long mediation is expected to take.

**SO ORDERED**

**Dated:** November 13, 2025

New York, NY

_____

**ANDREW L. CARTER, JR.**
**United States District Judge**