**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **JORDA,**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**DE TOMASO AUTOMOBILI HOLDINGS ET AL.,**<br><br>**Defendants.** | **1:23-CV-9809-ALC**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The September 17, 2026 in-person conference is adjourned to October 6, 2026 at 11 am.

**SO ORDERED.**

**Dated**: September 9, 2026
New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**