**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**JORDA,**

**Plaintiff,**

**-against-**

**DE TOMASO AUTOMOBILI HOLDINGS ET AL.,**

**Defendants.**

**1:23-CV-9809-ALC**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The October 6, 2026 in-person conference is adjourned to October 22, 2026 at 4 pm.

**SO ORDERED.**

**Dated**: September 29, 2026
New York, New York

Andrew L. Carter Jr.

**ANDREW L. CARTER, JR.**
**United States District Judge**