**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **CARMEN JORDA**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**DETOMASO AUTOMOBILI HOLDINGS N.A. LLC ET AL,**<br><br>**Defendants.** | **23-cv-09809 (ALC)**<br><br>**<u>ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court held an in-person status conference on October 22, 2026. All Parties attended. The Court ORDERS another joint status report regarding settlement by December 2, 2026. If the Parties need the Court's assistance in reaching a settlement, including but not limited to referral to a Magistrate Judge, they should indicate that in the status report.

**SO ORDERED.**

Dated: October 22, 2026
New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**